IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY DEAN SHIDELER,<br><br>Defendant. | CR 22–21–BU–DLC<br><br><br><br>ORDER |

Before the Court is United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 65.) Defendant Gregory Dean Shideler has been adjudged guilty of one count of felon in possession of firearms and ammunition, in violation of 18 U.S.C. § 922(g)(1), as charged in the Indictment. (Doc. 64.) As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED the motion (Doc. 65) is GRANTED.

IT IS FURTHER ORDERED that Mr. Shideler's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- .22 Long Rifle caliber Magnum Research Rifle, Model MLR-1722, with serial number 0910354;

1

- the upper receiver of a 5.56 x 45mm LWRC International, Model M6A2-PSD 5.56;

- .308 Winchester caliber Ruger rifle, Model American, with serial number 693-02468;

- 12-gauge Weatherby shotgun, Model SA-459, with serial number AD39668;

- Diamondback firearms, model DB380, .380 caliber pistol, with serial number Zl7458;

- 12-gauge Weatherby shotgun, Model SA-459, with serial number AD37315; and

- a 5.56 x 45mm Sig Sauer rifle, Model Sig M400, with serial number 20J036633.

IT IS FURTHER ORDERED that the United States Marshals Service, the Drug Enforcement Administration, the Bureau of Alcohol, Tobacco, and Firearms and Explosives, or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United

States may direct, pursuant to 26 U.S.C. § 5872(b), and to make its return to this Court that such action has been completed.

    IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture in which all interests will be addressed.

    DATED this 24th day of October, 2022.

_____
Dana L. Christensen, District Judge
United States District Court