IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY DEAN SHIDELER,<br><br>Defendant. | CR 22–21–BU–DLC<br><br><br>ORDER |

Before the Court is the United States' motion for final order of forfeiture. (Doc. 76.) Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2. A Preliminary Order of Forfeiture was entered on October 24, 2022. (Doc. 67.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 18 U.S.C. § 982(b) and 21 U.S.C. § 853(n)(1). (Doc. 70.)

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

1

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The motion for final order of forfeiture (Doc. 76) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- .22 Long Rifle caliber Magnum Research Rifle, Model MLR-1722, with serial number 0910354;

- the upper receiver of a 5.56 x 45mm LWRC International, Model M6A2-PSD 5.56;

- .308 Winchester caliber Ruger rifle, Model American, with serial number 693-02468;

- 12-gauge Weatherby shotgun, Model SA-459, with serial number AD39668;

- Diamondback firearms, model DB380, .380 caliber pistol, with serial number Zl7458;

- 12-gauge Weatherby shotgun, Model SA-459, with serial number AD37315; and

- a 5.56 x 45mm Sig Sauer rifle, Model Sig M400, with serial number 20J036633.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 5th day of January, 2023.

_____
Dana L. Christensen, District Judge
United States District Court