IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–21–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| GREGORY DEAN SHIDELER, | |
| Defendant. | |

The Court has received several pro se filings in this closed case from Terrie Holscher, who purports to be the owner of property seized by the United States during the execution of a federal search warrant on a storage unit near Bozeman, Montana. (Docs. 85, 86, 87.) The seized property included several firearms, which the above-named defendant admitted to possessing, and which were the subject of criminal forfeiture in the above-captioned matter. (Docs. 78, 88.) The United States has filed a response to Ms. Holscher's filings stating that the United States has sent Ms. Holscher a letter via certified mail directing her to contact the FBI to facilitate the return of property, but Ms. Holscher has not contacted the FBI, and the FBI has been unable to reach her. (Doc. 88 at 2–3.)

The Court agrees with the United States that Ms. Holscher cannot obtain the

remedies her pro se filings appear to seek in this long-closed criminal case. Should Ms. Holscher wish to pursue the return of any property seized during the execution of the federal search warrant described above, she must avail herself of the processes explained to her in the United States' communication dated July 6, 2023 (Doc. 88-2).

Accordingly, IT IS ORDERED that, to the extent Ms. Holscher's pro se filings (Docs. 85, 86, 87) are construed as motions seeking relief from this Court in this long-closed criminal case, they are DENIED.

IT IS FURTHER ORDERED that no further submissions from Ms. Holscher will be filed in this closed case.

DATED this 24th day of August, 2023.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court